

**SHAW KREIZER, P.A.**
**REPLY TO:**
**1161 BROAD STREET** / **SUITE 314**
**SHREWSBURY, NJ 07702**

Direct: (732) 621-8080 Ext. 8100
Fax:    (732) 621-8000
Email:  David@SKLaw.com

February 7, 2018

**VIA ECF FILING**
Hon. Mark Falk, U.S.M.J.
U.S. District Court – District of New Jersey
Martin Luther King, Jr. Federal Building &
U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

  Re:  Francine Warren, et al. v. City of Paterson, et al.
      Civil Action: 2:13-cv-01997 (SDW)(SCM)

Your Honor:

  I am one of the the attorneys for plaintiffs in the above-referenced matter. Pursuant to my conversation with Your Honor's chambers, attached is a Consent Order to amend the caption in this matter. If same meets Your Honor's approval, kindly execute and file accordingly.

              Respectfully submitted,
              SHAW KREIZER, P.A.

              /s/

              David P. Kreizer

DPK/mcs
Enc.