**SHAW KREIZER, P.A.**
1161 Broad Street, Suite 314
Shrewsbury, NJ 07702
(732) 621-8080
Attornes for Plaintiffs

**BRANDON J. BRODERICK, ESQ., LLC**
64 East Route 4
River Edge, NJ 07661
(201) 870-1909
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCINE WARREN and RANDOLPH WADDY, III AS CO-ADMINISTRATORS AD PROSEQUENDUM AND CO-GENERAL ADMINISTRATORS OF THE ESTATE OF RANDOLPH WADDY, IV,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PATERSON, PATERSON POLICE DEPARTMENT, PATERSON OFFICE OF EMERGENCY MANAGEMENT, PATERSON AUXILIARY POLICE, DIRECTOR OF THE PATERSON OFFICE OF EMERGENCY MANAGEMENT GLENN BROWN, PATERSON POLICE DIRECTOR MICHAEL C. WALKER, PATERSON POLICE CHIEF JAMES WITTIG, PATERSON AUXILIARY POLICE OFFICER JUAN MARTINEZ, PATERSON AUXILIARY POLICE OFFICER JONATHAN LOPEZ, ABC CORP. 1-20, AS-YET-IDENTIFIED POLICE OFFICERS 1-20 and JOHN DOE 1-20, (said names being fictitious designations), | **CONSENT ORDER**<br><br>Civil Action No.: 13-cv-1997(JMV)(MF) |

Defendant(s)

This matter having been presented to the Court on the application of David P. Kreizer, Esq., on behalf of the above captioned plaintiffs; and all active defendants having been represented by counsel and it being agreed by all parties as evidenced by the attached duly executed consent form,

It is on this __8__ day of _February_, 2018,

ORDERED, that the caption in the within matter shall be amended and shall read as follows:

BRYANT WARREN AS ADMINISTRATOR OF THE ESTATE FRANCINE WARREN AS CO-ADMINISTRATOR AD PROSEQUENDUM AND CO-GENERAL ADMINISTRATOR OF THE ESTATE OF RANDOLPH WADDY, IV and RANDOLPH WADDY, III AS CO-ADMINISTRATOR AD PROSEQUENDUM AND CO-GENERAL ADMINISTRATOR OF THE ESTATE OF RANDOLPH WADDY, IV,

Plaintiffs,

v.

CITY OF PATERSON, PATERSON POLICE DEPARTMENT, PATERSON OFFICE OF EMERGENCY MANAGEMENT, PATERSON AUXILIARY POLICE, DIRECTOR OF THE PATERSON OFFICE OF EMERGENCY MANAGEMENT GLENN BROWN, PATERSON POLICE DIRECTOR MICHAEL C. WALKER, PATERSON POLICE CHIEF JAMES WITTIG, PATERSON AUXILIARY POLICE OFFICER JUAN MARTINEZ, PATERSON AUXILIARY POLICE OFFICER JONATHAN LOPEZ, ABC CORP. 1-20, AS-YET-IDENTIFIED POLICE OFFICERS 1-20 and JOHN DOE 1-20, (said names being fictitious designations),

Defendant(s)

IT IS FURTHER ORDERED that copies of the within Order shall be served upon all parties within seven (7) days of its entry.

_____
HON. MARK FALK, U.S.M.J.

I hereby consent to the form
and entry of the within Order


*/s/ Jonthan Marotta*
Jonthan Marotta, Esq.
Attorney for Defendant City of Paterson
Dated: 2/7/18

*/s/ Roosevelt Jean*
Roosevelt Jean, Esq.
Attorney for Defendant Glenn Brown
Dated: 2/7/18

*/s/ Nicholas Grieco*
Nicholas Grieco, Esq.
Attorney for Defendant Juan Martinez
Dated: 2/7/18

*/s/ Victor Afanador*
Victor Afanador, Esq.
Attorney for Defendant Jonathan Lopez
Dated: 2/7/18

*/s/ David P. Kreizer*
David P. Kreizer, Esq.
Attorney for Plaintiffs
Dated: 2/7/18